# EXHIBIT B

**U.S. Patent No. 9,448,603 v. Nothing Technology Limited**

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [8-P]    A method  for transferring power to a receptor mobile device from a donor mobile device having a battery, comprising; | Nothing performs and/or induces others to perform a method for transferring power to a receptor mobile device from a donor mobile device having a battery.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Nothing provides mobile devices such as Nothing Phone 3. The Nothing Phone 3 supports a 'Wireless Reverse Charging' functionality, which is compliant with the Qi standard for wireless power transfer. This functionality enables the Nothing Phone 3 ("donor mobile device") to wirelessly transfer power from its internal battery to another Qi-compatible Nothing device, such as another Nothing Phone 3 ("receptor mobile device"). When the receptor device is placed back-to-back with the Nothing Phone 3 ("donor mobile device"), it receives a wireless charge ("transferring power to a receptor mobile device from a donor mobile device").<br><br> |

| | |
|---|---|
| | Source: https://us.nothing.tech/products/phone-3?srsltid=AfmBOop5TEPjsRr8DxJ9YI588o3IcJ9HNNNL4OPuQAIldZklYTOBt9h3&Colour=White&Capacity=12%2B256GB

**Does the Phone (3) support wireless charging?**

Yes, the Phone (3) supports wireless charging.

Source: https://support.nothing.tech/hc/en-us/articles/36457445388177-Does-the-Phone-3-support-wireless-charging |



Source: https://www.youtube.com/watch?v=JCoHiB6c_zQ&list=PL6-truSJP3KRvs3lyZG5UvQ1aauaqM3Ux&index=33 at 0:42



Source: https://www.phonearena.com/phones/compare/Nothing-Phone-3,Nothing-Phone-3a/phones/12615,12640



Receptor mobile device placed back-to-back on donor mobile device

| | |
|---|---|
| | Source: https://www.youtube.com/watch?v=JCoHiB6c_zQ&list=PL6-truSJP3KRvs3lyZG5UvQ1aauaqM3Ux&index=33 at 0:42 (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Nothing |
| [8.1] configuring a wireless power transfer mechanism on the receptor mobile device using a wireless receive application; | Nothing performs and/or induces others to perform a step of configuring a wireless power transfer mechanism on the receptor mobile device using a wireless receive application.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Nothing Phone 3 provides reverse wireless charging functionality, allowing it to wirelessly transfer power to another Nothing Phone 3 ("the receptor mobile device"). Therefore, it would be apparent to a person having ordinary skill in the art that when the receptor device, such as another Nothing Phone 3, is placed back-to-back with the Nothing Phone 3, the Nothing Phone 3 initiates wireless power transfer, resulting in the receptor device being charged. Upon information and belief, the Nothing Phone 3 includes a wireless receive application for the charging process.<br><br><br><br>Source: https://www.phonearena.com/phones/compare/Nothing-Phone-3,Nothing-Phone-3a/phones/12615,12640 |



Receptor mobile device placed back-to-back on donor mobile device

| | |
|---|---|
| | Source: https://www.youtube.com/watch?v=JCoHiB6c_zQ&list=PL6-truSJP3KRvs3lyZG5UvQ1aauaqM3Ux&index=33 at 0:42 (annotated)<br><br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Nothing |
| [8.2] determining a receptor power threshold using a wireless receive application; | Nothing performs and induces others to perform the step of determining a receptor power threshold using a wireless receive application.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, in the Qi wireless power transfer system, the power receiver, such as the Nothing receptor device, incorporates an output disconnect switch that activates when the power receiver reaches its peak voltage. Further, the power receiver is designed to send an End Power Transfer Packet to the power transmitter when wireless power is no longer required, placing the transmitter in standby mode. Therefore, it would be apparent to a person having ordinary skill in the art that the receptor device continues charging until its battery reaches a specific power threshold.<br><br>An output disconnect switch, which prevents current from flowing to the output when the Power Receiver does not provide power at its output. In addition, the output disconnect switch prevents current back flow into the Power Receiver when the Power Receiver does not provide power at its output. Moreover, the output disconnect switch<br><br>Source: https://www.wirelesspowerconsortium.com/knowledge-base/specifications/download-the-qi-specifications/ at filename Qi-v2.0.1-power-delivery, Page 12 |

| | |
|---|---|
| | The Power Receiver shall have the means to disconnect its output from the subsystems connected thereto. If the Power Receiver has disconnected its output, it shall ensure that it still draws a sufficient amount of power from the Power Transmitter, such that Power Receiver to Power Transmitter communications remain possible (see *Qi Specification*, *Communications Physical Layer*).<br><br>The Power Receiver shall keep its output disconnected until it reaches the *power transfer* phase for the first time after a Digital Ping (see the *Qi Specification*, *Communications Protocol*). Subsequently, the Power Receiver may operate the output disconnect switch any time while the Power Transmitter applies a Power Signal.<br><br>**NOTE:** The Power Receiver may experience a voltage peak when operating the output disconnect switch (and changing between maximum and near-zero power dissipation).<br><br>Source:  https://www.wirelesspowerconsortium.com/knowledge-base/specifications/download-the-qi-specifications/  at filename Qi-v2.0.1-power-delivery, Page 16<br><br>It is recommended that the Power Transmitter Product's power consumption in stand-by mode of operation meets the Energy Star EPS Requirements for "Energy consumption for No-Load" and the European Commission, Code of Conduct of Energy Efficiency of External Power Supplies for "No-load power consumption." It is also recommended that a Power Receiver is designed in a manner that when wireless power is not required, the Power Receiver will send an End Power Transfer Packet to put the Power Transmitter Product in stand-by mode.<br><br>Source:  https://www.wirelesspowerconsortium.com/knowledge-base/specifications/download-the-qi-specifications/  at filename Qi-v2.0.1-power-delivery, Page 40<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Nothing |
| [8.3] receiving power from the donor mobile device and | Nothing performs and induces others to perform the step of receiving power from the donor mobile device and converting received power into electric current using the wireless power transfer mechanism.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| converting received power into electric current using the wireless power transfer mechanism; | For example, the Qi wireless power transfer system transfers power from the power transmitter to the power receiver using magnetic induction. Further, when charging begins, the coil inside the Power Receiver picks up the magnetic field and a power converter transforms it back into a direct electrical current that charges the battery.<br><br>## 3.    How Qi wireless power transfer works<br><br>### 3.1    Basic concepts<br>The Qi wireless power transfer system uses magnetic induction to transfer power from a Power Transmitter Product (charger) to a Power Receiver Product (smartphone).<br><br>Source:  https://www.wirelesspowerconsortium.com/knowledge-base/specifications/download-the-qi-specifications/,  at filename Qi-v2.0.1-introduction, Page 7 |

11

When charging begins, the Power Transmitter runs an alternating electrical current through its coil(s), which generates an alternating magnetic field in accordance with Faraday's law. This magnetic field is in turn picked up by the coil inside the Power Receiver and transformed by a power converter back into a direct electrical current that can be used to charge the battery.

A critical feature of the magnetic field is that it can transfer through any non-metallic, non-ferrous materials, such as plastics, glass, water, wood, and air. In other words, wires and connectors are not needed between the Power Transmitter Product and Power Receiver Product.



**Figure 6 - Qi wireless power transfer using magnetic induction**

Source:  https://www.wirelesspowerconsortium.com/knowledge-base/specifications/download-the-qi-specifications/,  at filename Qi-v2.0.1-introduction, Page 8

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Nothing

| | |
|---|---|
| [8.4] wherein the wireless power transfer mechanism includes a power adapter having coil, circuit elements to transfer power and a capacitor to store electric charge that increases battery life when the capacitor is discharged. | Nothing performs and induces others to perform the step of wherein the wireless power transfer mechanism includes a power adapter having coil, circuit elements to transfer power and a capacitor to store electric charge that increases battery life when the capacitor is discharged.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, in the Qi power transfer system, the power transmitter circuitry includes a primary coil, a series capacitor, and an inverter ("circuit elements"), and the power receiver circuitry includes a secondary coil, a series capacitor, and a rectifier ("circuit elements") to facilitate charging the receiver's battery. Additionally, the power receiver sends a signal to the power transmitter to cease the power transfer when wireless power is no longer required. Therefore, it would be apparent to a person having ordinary skill in the art that the capacitor stores electric charge, providing increased battery life to the power receiver. |

- *Supply:* in many cases a separate adapter such as a USB PD brick.
- *Inverter:* a half-bridge or full-bridge for DC/AC conversion.
- *Resonant Tank:* a coil and series capacitor boosting the power transfer capability.
- *Rectifier:* either a diode bridge or an active (synchronous) bridge for AC/DC conversion.
- *Load:* a power sink drawn by the Power Receiver Product, typically a mobile phone's power input to an internal battery charger.



Source: https://www.wirelesspowerconsortium.com/knowledge-base/specifications/download-the-qi-specifications/, at filename Qi-v2.0.1-power-delivery, Page 11

- **Power Signal**—An alternating magnetic field.

- **Supply Power**—The power dissipated from the supply.

- **Power Transmitter**—A subsystem that can generate a Power Signal.

- **Power Transmitter Product**—A device containing one or more Power Transmitters.

- **Transmitted Power**—The power from the Power Signal dissipated by any object that is not an integral part of the Power Transmitter Product.

- **Power Receiver**—A subsystem that can extract electric power from a Power Signal.

- **Power Receiver Product**—A device containing a Power Receiver.

- **Received Power**—The power from the Power Signal dissipated by any component that is an integral part of the Power Receiver Product.

- **Test Power Transmitter**—A Power Transmitter Product designed to analyze and check the operation of a Power Receiver Product's wireless power functionality.

- **Test Power Receiver**—A Power Receiver Product designed to analyze and check the operation of a Power Transmitter Product's wireless power functionality.

- **Load Power**—The power dissipated in the Load.

Source: https://www.wirelesspowerconsortium.com/knowledge-base/specifications/download-the-qi-specifications/, at filename Qi-v2.0.1-power-delivery, Page 11

When charging begins, the Power Transmitter runs an alternating electrical current through its coil(s), which generates an alternating magnetic field in accordance with Faraday's law. This magnetic field is in turn picked up by the coil inside the Power Receiver and transformed by a power converter back into a direct electrical current that can be used to charge the battery.

A critical feature of the magnetic field is that it can transfer through any non-metallic, non-ferrous materials, such as plastics, glass, water, wood, and air. In other words, wires and connectors are not needed between the Power Transmitter Product and Power Receiver Product.



**Figure 6 - Qi wireless power transfer using magnetic induction**

Source:  https://www.wirelesspowerconsortium.com/knowledge-base/specifications/download-the-qi-specifications/  at filename Qi-v2.0.1-introduction, Page 8 (annotated)

16

The system model and analysis below explain this approach in more detail.
Figure 11 illustrates a simplified model of the system comprising a Power Transmitter on the left and a Power Receiver on the right. For clarity, the load circuit is drawn separately from the Power Receiver. The Power Transmitter consists of a power source ($u_{op}$, $f_{op}$), a capacitance $C_p$, an inductance $L_p$, and a resistance $R_p$. The power source supplies a sinusoidal voltage $u_{op}$ at a frequency $f_{op}$. The Power Receiver consists of a capacitance $C_s$, an inductance $L_s$, and a resistance $R_s$. A load having an impedance $Z_L$ is connected to the output terminals of the Power Receiver. The symbols

Source: https://www.wirelesspowerconsortium.com/knowledge-base/specifications/download-the-qi-specifications/, at filename Qi-v2.0.1-power-delivery, Page 28

$u_L$, $i_L$, $i_p$, and $k_{op}$ represent the load voltage, load current, Primary Coil current, and coupling factor.



Capacitor

Source: https://www.wirelesspowerconsortium.com/knowledge-base/specifications/download-the-qi-specifications/ at filename Qi-v2.0.1-power-delivery, Page 29 (annotated)

| | It is recommended that the Power Transmitter Product's power consumption in stand-by mode of operation meets the Energy Star EPS Requirements for "Energy consumption for No-Load" and the European Commission, Code of Conduct of Energy Efficiency of External Power Supplies for "No-load power consumption." It is also recommended that a Power Receiver is designed in a manner that when wireless power is not required, the Power Receiver will send an End Power Transfer Packet to put the Power Transmitter Product in stand-by mode.<br><br>Source: https://www.wirelesspowerconsortium.com/knowledge-base/specifications/download-the-qi-specifications/  at filename Qi-v2.0.1-power-delivery, Page 40<br><br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Nothing |
|---|---|

## 2. List of References

1. https://www.wirelesspowerconsortium.com/knowledge-base/specifications/download-the-qi-specifications/, last accessed on 4th September 2025.
2. https://www.youtube.com/watch?v=JCoHiB6c_zQ&list=PL6-truSJP3KRvs3lyZG5UvQ1aauaqM3Ux&index=33, last accessed on 4th September 2025.
3. https://www.phonearena.com/phones/compare/Nothing-Phone-3,Nothing-Phone-3a/phones/12615,12640, last accessed on 4th September 2025.
4. https://support.nothing.tech/hc/en-us/articles/36457445388177-Does-the-Phone-3-support-wireless-charging, last accessed on 4th September 2025.
5. https://us.nothing.tech/products/phone-3?srsltid=AfmBOop5TEPjsRr8DxJ9YI588o3IcJ9HNNNL4OPuQAIldZklYTOBt9h3&Colour=White&Capacity=12%2B256GB, last accessed on 4th September 2025.